**Registration Number**
**PA 1-820-005**
Effective date of registration:
December 28, 2012

## Title
**Title of Work:** 6 Degrees Of Hell

## Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** November 27, 2012     **Nation of 1st Publication:** United States
**International Standard Number:** ISBN     57965-0333

## Author
- **Author:** Bruce H. Smith
  **Author Created:** entire motion picture
  **Work made for hire:** No

## Copyright claimant
**Copyright Claimant:** Breaking Glass Pictures
133 N 4th Street, Philadelphia, PA, 19106
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, editing

## Rights and Permissions
**Organization Name:** Breaking Glass Pictures
**Email:** evan@bgpics.com     **Telephone:** 267-324-3934
**Address:** 133 N 4th St
Philadelphia, PA 19106  United States

## Certification

**EXHIBIT B**

Page 1 of 2

              **Name:** Evan Gusz
              **Date:** December 3, 2012
**Applicant's Tracking Number:** 6degreesof hell

**Correspondence:** Yes

**Registration #:** PA0001820005
**Service Request #:** 1-859331005

Breaking Glass Pictures
Evan Gusz
133 N 4th St
Philadelphia, PA 19106  United States